No. 77–1133.  MARINO v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 77–1160.  LOCAL 144, HOTEL, HOSPITAL, NURSING HOME
& ALLIED HEALTH SERVICES UNION, SEIU, AFL–CIO v. LONG
ISLAND COLLEGE HOSPITAL ET AL.  C. A. 2d Cir.  Certiorari
denied.

No. 77–1191.  GISH ET UX. v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 77–1209.  LONG MFG., N. C., INC. v. DOLLAR ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 77–1218.  WHITTEN ET AL. v. CALIFORNIA.  Ct. App.
Cal., 1st App. Dist.  Certiorari denied.

No. 77–1222.  RUUD ET AL. v. MINNESOTA.  Sup. Ct. Minn.
Certiorari denied.

No. 77–1231.  CITY OF CLEVELAND v. CLEVELAND ELECTRIC
ILLUMINATING CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 77–1232.  CARR v. UNITED STATES;
No. 77–6283.  ANDERSON v. UNITED STATES; and
No. 77–6291.  BULLARD v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 77–1241.  WAGNER ET AL. v. BURLINGTON NORTHERN,
INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–1243.  DETRICH, DIRECTOR, DEPARTMENT OF PUBLIC
WELFARE OF SAN DIEGO COUNTY v. SHELTON G.  Ct. App.
Cal., 4th App. Dist.  Certiorari denied.

No. 77–1244.  WADDELL v. PEPSI COLA CO.  Ct. App. D. C.
Certiorari denied.